```
                                                          0001
 1              IN THE CIRCUIT COURT FOR
 2           PRINCE GEORGE'S COUNTY, MARYLAND
 3      -------------------------------x
 4      KEITH LONGTIN,                  :
 5                    Plaintiff         :
 6           v.                         :   Case No.
 7      PRINCE GEORGE'S COUNTY,         :   CAL 01-23790
 8      MARYLAND,                       :
 9                    Defendant         :
10      -------------------------------x
11
12         Videotape Deposition of DETECTIVE RONALD HERNDON
13                    Greenbelt, Maryland
14                   Wednesday, July 14, 2004
15                         9:35 a.m.
16
17
18
19
20      Job No: 1-37567
21      Pages 1 - 360
22      Reported by:  Jacquelyn Continetti Scott, R.P.R.
```

```
                                                          0002
 1            Videotape deposition of DETECTIVE RONALD
 2      HERNDON, held at the offices of:
 3
 4            Joseph, Greenwald & Laake
 5            Suite 400
 6            6404 Ivy Lane
 7            Greenbelt, Maryland  20770
 8            (301) 220-2200
 9
10
11
12            Pursuant to agreement, before Jacquelyn
13      Continetti Scott, Registered Professional Reporter
14      and Notary Public in and for the State of Maryland.
```

```
                                                          0003
 1                     A P P E A R A N C E S
 2
 3      ON BEHALF OF THE PLAINTIFF:
 4            CARY J. HANSEL, ESQUIRE
 5            Joseph, Greenwald & Laake
 6            Suite 400
```

06 1302

FILED

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
1

0190

1  A    Just tracking down the other gentleman that
2  I needed to talk to, if I hadn't already talked to
3  him, because I'm not -- like I say, it was -- it was a
4  few other guys that was involved.  And I don't know
5  exactly the time frame by not looking at my notes when
6  I actually talked to him, was it after he had been
7  locked up or right around the same time.  I'm not real
8  sure.
9  Q    What happened after that in connection with
10 the case?
11 A    It stayed dormant for -- for a while, and I
12 began to -- I don't know whether or not I was looking
13 at the news or I was talking to another investigator,
14 and Mr. Oseby's case was brought up.  And then I
15 believe I got a phone call or -- I'm not sure exactly
16 how it all transpired, but I know I talked to a young
17 lady down at the U.S. Court, Lisa Poteat.  And she had
18 a case against Mr. Oseby where he was sighted on a --
19 in a place where he was working by a victim, and he
20 was subsequently locked up.
21        And then in conjunction with that, I believe
22 my sexual assault unit also was working a case with

```
1   him also with a young lady.                          0191
2       Q    Who at the sexual assault unit was working
3   the case?
4       A    I believe it was Detective Bingley, I
5   believe.
6       Q    When Lisa Poteat called you from the
7   District of Columbia, you said she had a case against
8   him. What was her job in the District?
9       A    She was a lawyer.
10      Q    And when she called you, she suggested that
11  Mr. Oseby may be your man in this case as well, in the
12  Zinetti murder?
13      A    No, she just was -- I can't remember the
14  exact conversation. I -- I can't remember the exact
15  conversation that we had, to be honest with you.
16      Q    Well, why would she call you about Mr. Oseby
17  other than to suggest he might be the person in the
18  Zinetti case?
19      A    I -- I just can't remember that exact
20  conversation, I really can't.
21      Q    Did someone ever -- whoever -- who first
22  suggested, to your recollection, that Mr. Oseby was a
```

```
                                                        0192
1   possible suspect in the Zinetti murder?
2       A    See, I don't know whether or not it was her
3   victim or the victim that Bingley had where Mr. Oseby
4   had made a statement as far as my last victim wasn't
5   that lucky.  I just can't remember which -- which --
6   which case it was.  I can't remember whether it was
7   the one in D.C. or the one that Bingley had.  I'm
8   not -- I'm not real sure which one it was.
9       Q    So there was a case in D.C. that Lisa Poteat
10  contacted you about and a case in Maryland that
11  Bingley of the sexual assault unit contacted you
12  about, correct?
13      A    I may have contacted Poteat, which is
14  possible.  I know we got in contact with one another
15  in reference to this gentleman.
16      Q    How would you have known to contact Poteat?
17      A    Just track it down, see who's defending the
18  case.  I mean, that's -- just call down and say, you
19  know, who has the Oseby case and --
20      Q    But between Bingley and Poteat, one of them
21  brought Oseby to your attention.  Is that fair?
22           MR. CREECH:  Objection.  That's not what he
```