FROM U.S. ATTORNEYS OFFICE  Case 1:06-cv-01302-JMF   Document 2-17   Filed 07/24/2006   Page 1 of 6  (MON) 4. 17' 06 17:18/ST. 16:54/No. 4860199304 P 46

APR 10,2006 06:18P                    3014645757                              page 2

LA-23689

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KEITH LONGTIN,

    Plaintiff,

v.      Case No. CAL 01-23689

PRINCE GEORGE'S COUNTY, MD, et al.,

    Defendants.

## COMMISSION

FROM THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND to a Court Reporter and Notary Public for the District of Columbia:

WHEREAS, it appears to this Court that Alisa Poteat, Esquire, has relevant information relating to the cause now pending in the Circuit Court for Prince George's County, Maryland, between the above-named parties, and in confidence of your prudence and fidelity have appointed and by these presents, do appoint you as Commissioner to take the deposition of Alisa Poteat, Esq., and we authorize and empower you, at a certain day and place to be set by the attorneys for the parties, to take the deposition upon oral examination of said entity witness and to administer the oath to said witness and cause the said examination to be reduced to writing and subscribed and that you certify the same and return the same annexed to this Commission to Cary J. Hansel, at 6404 Ivy Lane, Suite 400, Greenbelt, Maryland, 20770, telephone: 301-220-2200. Said deposition is to be taken upon oral examination pursuant to Maryland Rules of Civil Procedure 2-402 and 2-411.

Joseph
Greenwald
& Laake

Joseph Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • Fax 220-1214

TRUE COPY—TEST

_____
[signature]

_____
JUDGE, Circuit Court for
Prince George's County, Maryland

**FILED**
06 1302 JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
5

LOI-23689

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KEITH LONGTIN,

 Plaintiff,

v.            Case No. CAL 01-23689

PRINCE GEORGE'S COUNTY, MD, et al.,

 Defendants.

## ORDER

THIS CAUSE came to be heard on the Motion for Issuance of a Commission to Take Records Deposition of Witness Residing Outside the State of Maryland ("Motion").

IT APPEARING TO THE COURT that Alisa Poteat, Esquire, has information relevant to this action and that this witness is located in the District of Columbia; and

IT FURTHER APPEARING TO THE COURT that a Commission should issue out of this Court directing that a Court Reporter and Notary Public in and for the District of Columbia to take the deposition of Alisa Poteat, Esq., U.S. Attorney's Office, Organized Crime Section, 555 4th Street, NW, Rm. 4124, Washington, DC 20530, which Commission will assist the parties in obtaining process from the Courts of the District of Columbia to compel the attendance of the witness for the purpose of taking the deposition; it is therefore,

ORDERED, that the Motion be, and the same hereby is, GRANTED in its entirety; and it is further,

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • Fax 220-1214

**ORDERED**, that a Commission issue out of and under seal of this Court directed to a duly certified Court Reporter and Notary Public in and for the State District if Columbia authorizing him/her to take the testimony by video oral examination of Alisa Potest, Esq., for discovery and/or trial purposes in this matter.

Entered this 10th day of April 2006.



JUDGE, Circuit Court for
Prince George's County, Maryland

Copies to:

Cary J. Hansel
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-1214 / facsimile
Attorneys for Plaintiff

Jay Creech, Esq.
County Administration Building
Upper Marlboro, MD 20772

Joseph
Greenwald
& Laake

Joseph Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • fax 220-1214

FROM U.S. ATTORNEY'S OFFICE   Case 1:06-cv-01302-JMF   Document 2-64   Filed 07/24/2006  (MON) 4. 17' 06 17:06/ST. 17:04/No. 4861391304 P 45   Page 4 of 6

APR 10, 2006 06:17P                            3014645757                                    page 1

## SUBPOENA

### Superior Court of the District of Columbia
#### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone (202) 879-1133

Keith Longin
_Plaintiff_

SUBPOENA IN A CIVIL CASE

v.

Prince George's County, MD, et al
_Defendant_

CASE NUMBER: 06-CA-2782

To: Custodian of Records, US Attorney's Office, Organized Crime Section
555 4th Street, NW, Washington, DC 20001

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| DLA Piper Rudnick 1200 4th St. NW Washington DC 20036-2412 | 5-10-06 | 10:00 A.M. |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DOCUMENTS OR OBJECTS |
|---|
| See Attached |

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
|  |  |  |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| Cary J. Hansel     Pl's Counsel | 4/10/06 |

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER
Cary J. Hansel, Joseph Greenwald Laake, P.A.
6404 Ivy Lane, Suite 400, Greenbelt MD 20770  301-220-2200

EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH LONGTIN | * |
| Plaintiff, | * |
| vs. | * Civil Action No. _____ |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.* | * |
| Defendants. | * |

**LOCAL RULE 65.1 CERTIFICATE OF COUNSEL**

Comes now the Plaintiff, Keith Longtin, by and through his attorneys, Cary J. Hansel, Paul R. Sciubba and the law firm of Joseph, Greenwald & Laake, P.A., and pursuant to Rule 65.1 of Local Rules of the United States District Court for the District of Columbia, and respectfully states as follows:

1. That actual notice of the time of making this application, and copies of all pleadings and papers filed in the action to date or to be presented to the court at the hearing, have been furnished to the adverse parties to this action.

2. Specifically, on July 21, 2006, at approximately, 4:00 p.m., counsel for plaintiff spoke with Defendant Nebeker and advised him via telephone that on Monday, July 24, 2006, at 10:00 a.m., the plaintiff will make an application with this Court.

3. Additionally, on July 21, 2006 at approximately 4:00 p.m., counsel for plaintiff sent copies of all pleadings and papers to be presented to the Court at the hearing to Defendants United States Department of Justice, the United States Attorney's Office, Wainstein, Contreras and Nebeker via facsimile and fed-ex.

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • Fax 220-1214

06 1302

FILED

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.  With respect to Prince George's County, a potential interested party to this action, counsel for plaintiff spoke with Assistant County Attorney, Alice Chong, Esq., and informed her that on Monday, July 24, 2006, at 10:00 a.m., the plaintiff will make an application with this Court. Ms. Chong stated that she will not be present at the plaintiff's application and is not taking a stance on said application.

5.  In addition, on July 21, 2006 at approximately 4:00 p.m., counsel for plaintiff sent copies of all pleadings and papers to be presented to the Court at the application to Alice Chong, Esq.

> Respectfully submitted,
>
> JOSEPH, GREENWALD & LAAKE, P.A.
>
> _____
> Cary J. Hansel (Bar No. 14722)
> Paul R. Sciubba (Bar No. 16635)
> 6404 Ivy Lane, Suite 400
> Greenbelt, MD 20770
> (301) 220-2200
> *Attorneys for plaintiff*

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214