UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KEITH LONGTIN,                      )
                                    )
        Plaintiffs,                 )
                                    )
     v.                             ) Civil Action No. 06-1302 EGS
                                    )
UNITED STATES DEPARTMENT            )
  OF JUSTICE, et al.,               )
                                    )
        Defendants.                 )
                                    )
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
In Re Subpoenas in _____  )
                                    )
     KEITH LONGTON                  )
                                    )
                      Plaintiff,    )
     v.                             ) Misc. Nos. 06-164 ESH;
                                    )            06-165 ESH
     PRINCE GEORGE'S COUNTY, MD, et al.,)
                                    )
        Defendants.                 )
                                    )
```

NOTICE OF RELATED CASES

Pursuant to Local Rule 40.5, Defendants hereby notify the Court and Plaintiff that the cases listed above are related within the meaning of Rule 40.5. Under that Rule:

> Civil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District Court and they (i) relate to common property, or (ii) involve common issues of fact, or (iii) grow out of the same event or transaction or (iv) involve the validity or infringement of the same patent. . .

Local Civ. R. 40.5(a)(3). On April 17, 2006, a subpoena matter was removed from the Superior Court for the District of Columbia

and assigned two miscellaneous numbers, Misc. Nos. 06-164 ESH and 06-165 ESH.[1]  The subpoena matter, which remains pending, involves a request for the same documents (property of the United States Department of Justice) and at least some of the same testimony by the same witness in the same civil case as is at issue in Civil Action No.  06-1302 EGS.  Wherefore these matters are related.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[1]  Counsel believe that the second miscellaneous number was inadvertently given to the motion to quash that was intended to be filed in the same miscellaneous action.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Regarding Related Cases has been made through the Court's electronic transmission facilities on this 24th day of July, 2006.

```
                              _____
                              W. MARK NEBEKER
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Civil Division
                              Washington, DC  20530
                              (202) 514-7230
```