UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH LONGTIN,

        Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

        Defendant.

Civil Action No. 06-1302 (ESH)

FILED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

Paul R. Sciubba     7/24/06
Attorney for the Plaintiff.     Date

_____     7/24/06

Attorney for the Defendant.     Date

NOTICE:    The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

Facsimile    **ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

Ellen S. Huvelle     7/24/06
ELLEN SEGAL HUVELLE     Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH LONGTIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF JUSTICE, et al., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1302 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____       _____
Attorney for the Plaintiff         Date

_/s/ W. Mark Nebeker_____       _7/24/06_
W. Mark Nebeker                  Date
Attorney for the Defendant.

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_/s/ Ellen S. Huvelle_         _7/24/06_
ELLEN SEGAL HUVELLE             Date
United States District Judge

TOTAL P.02