**Nebeker, Mark (USADC)**

| | |
|---|---|
| **From:** | Creech, Jay H. [jhcreech@co.pg.md.us] |
| **Sent:** | Monday, May 22, 2006 3:13 PM |
| **To:** | Nebeker, Mark (USADC) |
| **Subject:** | RE: Longtin |
| **Attachments:** | schedord.pdf; schedordamend.pdf |

Dear Mr. Nebeker--
Factual discovery closed in Longtin v. PGC, CAL 01-23689 on February 1, 2006. The deadline for depositions only was extended to May 10, 2006. I have attached two orders reflecting this information.
   I am in receipt of the Plaintiff's summons and your notice of removal and motion to quash, however because I am unaware of the specific information available to Ms. Poteat, I feel that I cannot adequately address the factors you have set forth. I would note that the law enforcement agencies in the region regularly exchange information to prevent or resolve criminal activity. I certainly would regret if the free flow of this information is limited because of concerns that the material may later be disclosed and utilized against any one of the agencies in either a criminal or civil proceeding.
   If I can be of any further information or assistance, please do not hesitate to contact me.

Jay H. Creech
Special Counsel
Prince George's County Office of Law
14741 Governor Oden Bowie Drive, Suite 5121
Upper Marlboro, MD 20772
301-952-5239 direct dial
301-952-3071 facsimile


-----Original Message-----
**From:** Nebeker, Mark (USADC) [mailto:Mark.Nebeker@usdoj.gov]
**Sent:** Monday, May 22, 2006 2:18 PM
**To:** Creech, Jay H.
**Subject:** Longtin

Dear Mr. Creech:

   This office is in the process of resolving a request under the Department of Justice Touhy regulations, see United States ex rel. Touhy v. Ragen, 340 U.S. 462 (1951); 28 C.F.R. § 16.21, et seq., which the office has received involving the above referenced civil case. We write in an effort to identify any relevant issues of which you may be aware. Specifically, our regulations call upon us to consider such matters as:

>     whether disclosure is appropriate under the rules of procedure governing the case or matter;
>     whether disclosure is appropriate under the relevant substantive law concerning privilege;
>     whether disclosure of the requested information would violate a statute or regulation;

5/22/2006

   whether disclosure of the requested information would reveal classified information;
   whether disclosure of the requested information would reveal a confidential source or informant; and
   whether disclosure of the requested information would reveal investigatory records compiled for law enforcement purposes and would interfere with enforcement proceedings or disclose investigative techniques and procedures the effectiveness of which would thereby be impaired.

28 C.F.R. § 16.26.
  Please confirm whether discovery remains open in the Longtin case or whether any other order or rule in the case would affect whether disclosure is appropriate under the rules of procedure governing the case.  Please also advise us whether Prince George's County believes that any of the other concerns above would weigh in favor of, or against, disclosure of the requested information in the case.  We will, of course, make our own consideration based on what is known, but wish to ensure that we have the benefit of all relevant information that Prince George's County can provide to augment what the plaintiff has provided.

  Please be detailed and complete in your response, as the response will likely become part of the formal administrative record, should any party seek judicial review of the agency's decision.

  If you have any questions or concerns, please feel free to contact me at (202) 514-7230.

5/22/2006

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KEITH LONGTIN      :

    Plaintiff      :

                      :

v.      : CAL01-23689

PRINCE GEORGE'S COUNTY, MD., et al      :

    Defendants      :

## TRACK 5T SCHEDULING ORDER

Date: November 4, 2005

    THIS ORDER is the only notice of deadlines and required Court appearances that the Parties will receive. It may not be modified except by Order of Court following the filing of a **Motion to Amend Scheduling Order**. Stipulations between counsel are not effective to change any deadlines in this Order. Failure to comply with all terms of this Order may result in the imposition of appropriate sanctions.

    This case is assigned to Civil Track 5T and to Judge Thomas P. Smith (Tele: 301/952-3896 and Fax: 301/574-8390) for management purposes. The following dates are established:

## I. DISCOVERY

| Date | Description |
|---|---|
| 12/01/05 | Any party seeking to add an additional party must file the appropriate pleading and serve the additional party on or before this date. (Not more than 90 days from the date of this Scheduling Order). |
| 02/01/06 | Deadline for completion of factual discovery, other than Request For Admissions. |
| 02/10/06 | Deadline for service and receipt of responses to any Request For Admissions of Facts or Genuineness of Documents. |
| 12/19/05 | Deadline for identification of each person expected to be called by the Plaintiff as an expert witness at trial, the subject matter on which the expert is expected to testify, the substance of the findings and the opinions to which the expert is expected to testify, a summary of the grounds for each opinion, and the production of any written report made by the expert concerning those findings and opinions, pursuant to Maryland Rule 2-402(f). |

Revised: August 1, 2005

01/23/06 _____   Deadline for identification of each person expected to be called by the Defendant as an expert witness at trial, the subject matter on which the expert is expected to testify, the substance of the findings and the opinions to which the expert is expected to testify, a summary of the grounds for each opinion, and the production of any written report made by the expert concerning those findings and opinions, pursuant to Maryland Rule 2-402(f).

02/10/06 _____   Deadline for identification of "rebuttal" experts.

03/10/06 _____   Deadline for completion of all depositions, including expert witnesses. If appropriate, the parties will comply with Md. Rule 2-416(g), governing the filing of written objections to depositions, within thirty days of this date.

## II. MOTIONS

04/10/06 _____   Deadline for the filing of all Dispositive Motions. Opposition to be filed within 28 days; when a Dispositive motion or an Opposition is filed, send a letter to the assigned Judge, NOT the Clerk's office.

The Assigned Judges for Dispositive Motions are determined by the last digit in the case #:

| 1 | Spellbring | 6 | Serrette |
| 2 | Schiff | 7 | Shepherd |
| 3 | Martin | 8 | Wallace |
| 4 | Krauser | 9 | Lamasney |
| 5 | Missouri | 0 | Lombardi |

## III. COMBINED ALTERNATIVE DISPUTE RESOLUTION AND PRETRIAL CONFERENCE
[Approximately 60 days before Trial].

The Parties are required to attend a Combined Alternative Dispute Resolution and PreTrial Conference before the assigned ADR Judge at (301) 952-4173. Parties and Claims Representatives are required to be present at the ADR/PreTrial Conference, unless excused in advance by the assigned ADR Judge or the undersigned. In medical malpractice cases, the Defendant/HealthCare Providers must appear unless he/she has previously authorized settlement.

Pretrial Statements consistent with Md. Rule 2-504.2 must be filed at least **fifteen (15) days** before the ADR/PreTrial Conference. Each party shall submit as part of the PreTrial Statement the name, address, home, and work telephone numbers of each individual whom the party seeks to call as a fact or expert witness.

2

| | |
|---|---|
| 06/05/06 | Deadline for exchange of all exhibits between the parties. |
| 06/27/06 | **Alternative Dispute Resolution and Pretrial Settlement Conference** before the assigned ADR Judge at 10:00 a.m. |
| To Be Determined At Pretrial Conference | **Premarking of Exhibits** |

If there are more than 25 exhibits and/or exhibits which are potentially time consuming to inspect and mark at trial, counsel for all parties should contact the Courtroom Clerks Office, at (301) 952-5016, to arrange a meeting for the purpose of pre-marking all exhibits with a courtroom clerk.

Each party will provide an Exhibit List at the Pretrial Conference with exhibits arranged in the order the party anticipates they will be used. Any oversized exhibit will be noted on the Exhibit List and must be made available to and inspected by the opposing party not later than the date of the Pretrial Conference. This Paragraph does not apply to Exhibits that are to be used solely for impeachment purposes. Any objections to the authenticity of any exhibits that are not noted in writing within ten (10) days after the Pretrial are waived.

The Parties will set forth any stipulations requested in their Pretrial Statements. If matters are not agreed upon prior to the Pretrial Conference, the Parties will set forth a brief explanation of the efforts made to seek a satisfactory stipulation. The Court will deal with unjustified refusals not to stipulate at the Pretrial Conference and/or Trial.

| | |
|---|---|
| 15 days before Trial | Deadline for any party to file a Motion in Limine. Opposition to be filed within 10 days; copies are to be served on the assigned Trial Judge. |
| 5 Days before Trial | File Proposed Voir Dire; copies are to be served on the assigned Trial Judge. |
| 1st day of Trial | Submit Proposed Verdict Sheets and Proposed Special Jury Instructions (not duplicative of the Maryland Civil Pattern Jury Instructions) consistent with the evidence, which the party expects to be produced at trial; each party will also produce, a list of Maryland Civil Pattern Jury Instructions, which that party wishes the Court to consider. |
| August 14 thru 24, 2006 | **Jury Trial** |

Time estimated for Trial: 8 days.

3

William D. Missouri
Administrative Judge

By: _____
THOMAS P. SMITH – JUDGE
Civil Coordinating Judge
Dated: 11/4/05

Copies mailed by the Court to:

Timothy F. Maloney, Esq.
Steven B. Vinick, Esq.
Cary J. Hansel
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Jay Creech, Esq.
Associate County Attorney
14741 Gov. Oden Bowie Drive, Suite 5121
Upper Marlboro, Maryland 20772

Assigned ADR Judge

Office of Calendar Management

_Grace Dant_   11-4-05
GRACE DANT                          Date
Executive Administrative Aide
Tele: (301) 952-3896
Tele: (301) 952-3896   Fax: (301) 574-8390

4

LO1-23689

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KEITH LONGTIN
    Plaintiff

v.                               Civil Action No. CAL 01-23689

PRINCE GEORGE'S COUNTY,
    MARYLAND, Et Al.
    Defendants

### ORDER OF COURT

Upon consideration of the parties' Joint Motion to Amend Scheduling Order and the record of this matter, it is thereupon this 17th day of MARCH, 2006, by the Circuit Court of Prince George's County, Maryland,

**ORDERED**, that the parties' Joint Motion to Amend Scheduling Order be, and is hereby, granted; and it is further,

**ORDERED**, that the Track 5T Scheduling Order be, and is hereby amended as follows with all other dates contained therein to remain the same:

May 10, 2006—deadline for completion of all depositions

June 9, 2006—deadline for the filing of all dispositive motions

~~June 27~~ JULY 10, 2006—date for Pretrial Conference

_____
JUDGE

TRUE COPY—TEST—

3/29/06