"To see her like that, it looked like someone took a Skil saw and went across her nose. It was just wild to me," Longtin said.

"She's nude. She only has a top on. . . . Her eyes were open. I got broke down," he said. As he laid his head on the table and wept, he said, two detectives began accusing him and taunting him. While one detective shoved the hideous photos in his face, the other mocked his grief as phony and said he'd killed her.

The detectives believed they had reason to suspect Longtin. They knew that his brief marriage to Donna Zinetti had been in trouble. They knew that Longtin and Zinetti were living apart and that a church elder had separated them during a bitter argument in their Laurel church before she died. They knew that he had a bad temper and an arrest record for assault. And they knew that he had shown up -- tearful and hysterical -- as police worked the crime scene in a wooded area near her apartment complex. The 36-year-old Zinetti had been found strangled and stabbed to death, with her jogging shorts down around her ankles. The detectives knew that the medical examiner recovered semen during her autopsy.

When detectives briefly left Longtin alone in the interrogation room, he said, he made a futile attempt to call a lawyer on his cell phone. The detectives confiscated his cell phone when they returned, he said.

By late Tuesday, reporters who had seen detectives hustle Longtin from the crime scene asked whether he was a suspect. No, said a police spokesman, in fact, Longtin already had gone home. Later, a spokesman would say he had been given "misinformation" by homicide detectives. Longtin said there was no misunderstanding inside the interrogation room. He wasn't allowed to use the bathroom without two detectives escorting, records show.

"They wouldn't let me leave," Longtin said. "They wouldn't get out of the way and let me out of the room. They said later that they offered to let me go. That's a lie. I'd have left, believe me."

Longtin said one detective became angry when he stood up and asked to leave. "He said he was going to handcuff me to the wall and beat the crap out of me if I didn't sit down," Longtin said.

As the questioning continued through a sleepless night, Longtin grew wearier. The police interrogation log shows that fresh rounds of detectives came in and out of the room to question him. The interrogators dropped ever more details of the crime into their comments until he developed a pretty good idea of just what had happened to his wife, Longtin said.

"There were so many of them," Longtin said. "One detective would leave and another one would come in. He would say, 'Well, what do you think happened? This is what I think happened.' He would give me a clue or information. Then another one would come in and ask me what happened, and I'd say things that I'd heard [from the detective] before."

One detective told Longtin that his wife had sex before she died. "She had a boyfriend," Longtin recalled the detective taunting him. "You killed her because you caught her with him, and that's why she had semen in her. It was consensual sex." "I kept telling him, 'Look, my wife walked with the Lord. She walked with Jesus. She wouldn't do that.' "He said one detective barked, "You did it!" over and over.

http://www.law.northwestern.edu/clinic/Articles/Allegations.htm    7/21/2006

"I'd say, 'No,' " Longtin said. "He'd say, 'We know you did it.' He was hammering at me, just constantly. Every time I would say something: 'You did it.' That's all he would say. 'You did it. You did it.' "The next day -- more than 24 hours after the interrogation began -- a police spokeswoman acknowledged that Longtin had not left the police station.

"I understand that he's here of his own free will," Cpl. Irene Huskens told a reporter. A Question of Sanity Inside the interrogation room, Longtin said, he continued to insist that he had nothing to confess. Late Wednesday afternoon, about 28 hours into the questioning, one detective suggested he was insane and just couldn't remember that he had murdered his wife, he said. Longtin said he began to question his own sense of reality. "I didn't have no sleep from Sunday," he said. "I was burned out -- period. With all the back-and-forth, my mind wasn't right. I remember him at one point saying, he said to me, 'You have a split personality.' "I said, 'No, I don't think so.' But I thought about it. At that point, when you are tired like that, I thought, 'Well, maybe I do.' "

Longtin said the detective asked: "Didn't you go over to her house and have an argument with her, and she ran out of the house and you grabbed a knife? How big was the knife?" The detective "was trying to catch me that way," Longtin said." I'd say, 'Well, if I did that in my other self. . . . But I couldn't have done it because I had no blood anywhere. I had no blood anywhere on my clothes or on me.' I'd say, 'It wasn't me. It wasn't me.' "We went around with that for like 15 minutes. Then I remember saying something like, 'The guy who killed her, if he goes there and he grabbed a knife from the kitchen drawer, and he ran after her and he stabbed her . . . ' "The detective said, 'Well, thanks for making a confession. What can I do for you?'

"I'm like, 'What? I didn't admit to anything.' I said, 'No, I didn't do it.'" He said, 'Yes, you did.' "The police log indicates that Detective Bert Frankenfield was the only interrogator in the room between noon and 5 p.m. that Wednesday. His notes say that over those five hours, Longtin both maintained his innocence and "remembered" his wife being chased down her apartment hallway with a kitchen knife and grabbed from behind. Detective Glen Clark relieved Frankenfield and remained in the room until 10 p.m., the log shows.

In his notes, Clark boiled that into five spare sentences: "Defendant goes to victim's house on Sunday night. They have an argument. She leaves to go run. He goes to kitchen, grabs a knife to follow her. Defendant will not talk any more." Longtin never wrote or signed any statement incriminating himself, records show. He said he didn't go to this wife's apartment, he didn't grab a knife and chase her -- and he never told detectives that he did. The police log indicated he slept about 50 minutes in more than 38 hours in the interrogation room. He said he hadn't slept at all. On Thursday afternoon, two days after he arrived at police headquarters, Longtin was taken before a magistrate. "The defendant admitted to having a verbal and physical altercation at the victim's apartment," Detective Ronald Herndon wrote in a sworn charging document. "The defendant gave details about this case that had not been released to the media and only the perpetrator would have known. He stated that during the altercation the victim ran out of her apartment and that he ran after her with a knife. The defendant knew that the victim had been stabbed several times and that the stabbing occurred in the wooded area near the victims apartment."

Lt. McQuillan defended the interrogation last week, although he declined to answer specific questions about it. "We didn't make any of it up," he said. Detectives Herndon and Frankenfield did not respond to written requests for interviews. Clark said he could not discuss the Longtin case because the man now charged with the Zinetti murder is about to go on trial.

A Long Line of Crimes
The case against Keith Longtin began to unravel when a Prince George's County detective -- from the sex crimes unit, not homicide -- and a District detective noticed similarities between the Zinetti case and a series of unsolved sexual assaults. Three days before the Zinetti slaying, a Howard County woman was abducted at knifepoint, forced to drive to a secluded spot and raped in front of her toddler. Ten days after Longtin's arrest, a man with a knife sexually assaulted a Laurel woman in the stairwell of her apartment building. Twenty days after Longtin went to jail, a man grabbed another woman in the stairwell of her Laurel apartment building, threatened to kill her and held a knife to her throat while he sexually assaulted her. The next day, a man assaulted a woman carrying groceries into her District apartment complex, raped her and threatened that he'd kill her like he did that "other woman."

Three days later, a well-spoken man helped a woman carry her groceries, followed her into her New Carrollton apartment and held a knife to her throat as he raped her.

Three days after that -- and 27 days after Longtin went to jail -- a man with a knife sexually assaulted a woman outside her Laurel apartment building.

The following day, a man struck up a conversation with a woman entering her Laurel apartment building. He grabbed her from behind, put one hand over her mouth and held a knife to her throat. He tried to steal her purse. She struggled and grabbed his knife, and he ran away.

In mid-November -- more than five weeks after Longtin went to jail -- a man with a knife forced a woman and her young child into a wooded area near her New Carrollton apartment complex, pulled down the woman's pants, threatened to kill her, and fled when a stranger approached.

The detective from the sex crimes unit took her suspicion that the knife-wielding rapist might have killed Zinetti to the homicide detectives, according to Assistant State's Attorney Tonia Belton-Gofreed.

"They ignored her and laughed at her," Belton-Gofreed said. Confident that Longtin was the killer, homicide detectives had not sought to match the semen taken from Zinetti with DNA samples from the very similar Howard County rape three days before her death. Zinetti died with a clue in her hand, a single hair apparently torn from her attacker. Prince George's police lost it, records indicate.

A Familiar Face On Nov. 16, a woman walked into the London Fog shop at Union Station and was stunned when she recognized a new clerk, Antonio D. Oesby, as the man who had raped her about three weeks before, police said.

District police arrested Oesby, who had been released from prison in Maryland six months earlier after serving three years for the attempted kidnapping of a woman from her Columbia apartment building in 1996. Within days, police said several Maryland women who had been accosted at knifepoint identified Oesby as their attacker.

A District prosecutor won a court order to draw blood from Oesby. A DNA analysis showed that the semen recovered from Zinetti's corpse was Oesby's, police said.

The Prince George's sex crimes investigator's hunch had proved right. "I remember her saying

later when we got the [DNA] hit, 'I told you so,' " Belton-Gofreed said.

On June 12, more than eight months after his interrogation by Prince George's homicide detectives, Longtin was released from jail. The state dropped all charges against him. Chief Farrell assessed the chain of events that set Longtin free: "I'd say the system worked. Another one of our investigators did what was supposed to be done. Other information came to light. It was taken forward . . . and the right thing was done."

Oesby has since been convicted of one sexual assault in the District and three in Prince George's County. He is awaiting trial for other crimes, including Donna Zinetti's murder, to which he has pleaded not guilty.

During the eight months Longtin spent in jail, he missed his wife's funeral. His bills went unpaid. His credit rating was destroyed. He said police sent his truck to a junkyard. They gave the wedding ring he'd bought for his wife to in-laws who never liked him.

Longtin said all he had left was his faith. "I stood on the Lord, and he delivered me out of the mouth of the lion," Longtin said.

He still struggles with depression. He finds it hard to get out of bed to go to work. A lot of days, he doesn't. Staff researchers Bridget Roeber and Bobbye Pratt and staff writers Craig Whitlock and David S. Fallis contributed to this report.