UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH LONGTIN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 06-1302 JMF |

## DECLARATION OF ELISABETH POTEAT

1. I, Elisabeth Poteat, am an Assistant United States Attorney ("AUSA") in the Civil Division of the Office of the United States Attorney for the District of Columbia. I am familiar with the facts set forth in this declaration because of my personal observation of those facts.

2. I am the AUSA to whom counsel for Keith Longtin addressed an April 10, 2006 request for information under Department of Justice regulations.

3. I have examined the April 10, 2006 request and can state that compliance with the request would inevitably lead to disclosure of information from criminal case files that are part of one or more system of records maintained by the Office of the United States Attorney for the District of Columbia. Indeed, to disclose any communications I may have had with the Prince George's County Police Department regarding Keith Longtin would necessarily disclose information from criminal case files that are part of one or more system of records maintained by the Office of the United States Attorney for the District of Columbia.

I declare this under penalty of perjury, that the foregoing is true and correct to the best of my information and belief.

July 28, 2006
    dated

ELISABETH POTEAT
Assistant United States Attorney