```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

KEITH LONGTIN,                    )
                                  )
        Plaintiffs,               )
                                  )
    v.                            ) Civil Action No. 06-1302 JMF
                                  )
UNITED STATES DEPARTMENT          )
  OF JUSTICE, et al.,             )
                                  )
        Defendants.               )
                                  )
```

ORDER

UPON CONSIDERATION of Plaintiff's Motion For Temporary Restraining Order, for the reasons set forth in opposition thereto and based on the administrative record and arguments of the parties, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's Motion For Temporary Restraining Order be and is hereby denied.

_____
UNITED STATES MAGISTRATE JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

CARY J. HANSEL, ESQ.
PAUL R. SCIUBBA, ESQ.
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770