UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH LONGTIN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

    Defendants.

Civil Action No. 06-1302 (JMF)

FILED
AUG 03 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL JUDGMENT

This matter having come before the Court and the parties having agreed that there is no genuine issue of material fact and that the matter may be summarily adjudicated on the existing record, it is, hereby, **ORDERED** that summary judgment is awarded to the defendant, that plaintiff take nothing, and that this action is dismissed.

_____
CLERK OF THE COURT

Dated: 8-3-06