IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH LONGTIN | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CASE NO. 06-CV-1302 JMF |
| | * |
| UNITED STATES DEPARTMENT | * |
| OF JUSTICE, *et al.* | * |
| | * |
| Defendants. | * |

### Notice of Appeal

Notice is hereby given that the Plaintiff, Keith Longtin in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this case by the Honorable John M. Facciola, Magistrate Judge, which upheld the Defendants' denial of the Plaintiff's Touhy request. The district court order was entered in this action on the 3rd day of August, 2006.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

_____
Steven B. Vinick (Bar No. 49055)
Cary J. Hansel (Bar No. MD14722)
Paul R. Sciubba (Bar No. MD16635)
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
*Attorneys for Plaintiff*

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

RECEIVED

AUG 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of August, 2006, a copy of the foregoing Notice of Appeal was mailed first class postage prepaid to:

United States Department of Justice
Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

United States Attorney's Office
Kenneth L. Wainstein
Rudolph Contreras
Mark W. Nebeker
555 4th Street, N.W.
Washington, D.C. 20530

_____
Cary J. Hansel

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

```
CHECK TENDERED $              $455.00
       455.00
===== T O T A L =====
       250.00
026900    FILING FEE  CIVIL
CASE # 06-1302
       205.00
086900    FILING FEE  CIVIL
CASE # 06-1302
=====NO REFUND WITHOUT RECEIPT=====
 DC  1-1 FORREST      Receipt # 137534
 08/03/06                    2:53:44 PM
              WASHINGTON D.C.
         U.S. DISTRICT COURT
```