### United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5223

September Term, 2005
06cv01302

Filed On:

Keith Longtin,
     Appellant

v.

Department of Justice, et al.,
     Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG 9 2006

CLERK

**BEFORE:**    Henderson, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the emergency motion for injunctive relief; appellant's dispositive motion for judgment, which the court construes as a motion for summary reversal; the emergency motion for expedited appeal; appellees' motion for summary affirmance and combined response to appellant's motions; and appellant's brief, it is

**ORDERED** that the motion for summary reversal be denied and the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has not shown the Department of Justice's determination, denying his request pursuant to the Department's "Touhy" regulations, was "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A); see United States ex rel. Touhy v. Ragen, 340 U.S. 462 (1951); 28 C.F.R. § 16.26. It is

**FURTHER ORDERED** that the motion for injunctive relief and motion for expedited appeal be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Cheri Carter
A True Deputy Clerk/LD

United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/3/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs